# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KIMBERLY C. GRIGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 11-CV-1193-JAR-JPO |
| | ) |
| EDWARD W. CONTANT, JR., | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER APPROVING INSPECTION AND REPRODUCTION OF MEDICAL RECORDS, PROTECTED HEALTH INFORMATION, AND EDUCATIONAL AND EMPLOYMENT RECORDS PURSUANT TO STATE AND FEDERAL LAW (HIPAA) AND AUTHORIZATION FOR COMMUNICATION WITH COUNSEL OF RECORD

**TO: All Hospitals, Clinics, Pharmacies, Physicians, Social Workers, Psychiatrists, Psychologists, Therapists, Governmental Agencies (Local, County, State, and Federal); All Other Medical Institutions, Practitioners, Health Care Providers, Insurance Companies; All Employers, Past and Present; and All Educational Institutions.**

You are hereby authorized (but not required) pursuant to the laws of Kansas and applicable federal law, including but not limited to the Health Insurance Portability and Accountability Act (HIPAA), to make available for examination and reproduction by the parties and their counsel denominated in this lawsuit **any and all** medical records, medical bills, employment records, and educational records of any type or nature whatsoever and/or any protected health information within your care, custody, or in any manner concerning **Kimberly C. Griggs, DOB**_____, **SSN** _____.

**Medical documents and protected health information subject to this order include but are not limited to the entire medical chart <u>cover</u> to <u>cover</u> (including but not limited to any and all medical records from other health care providers and any and all correspondence); radiological films; monitoring strips of any kind; billing and payment records; prescriptions; test results; any and all records related to HIV testing, HIV status, AIDS or sexually transmitted diseases; any and all records related to the diagnosis and treatment of mental, alcoholic, drug dependency, or emotional condition(s); and psychotherapy notes that are part of the medical record.**

Unless specifically excluded by this Order, all medical records and protected health information in your possession regarding the person noted above may be produced.

With respect to employment records, such records include but are not limited to all materials contained in the employee's personnel file cover to cover; wage, payment, salary, and tax

information; performance evaluations; job applications; workers compensation records and any other records pertaining to injuries incurred by the employee; any and all work releases or restrictions; and any protected health information in the employer's records.

Said inspection and reproduction may be requested by any attorney of record herein as set forth below, and all clerical fees and expenses shall be paid by the attorney requesting such examination, reproduction, or interview.

You are further notified that, pursuant to federal and state law, counsel for the defendant(s) are hereby authorized to talk with hospitals, clinics, pharmacies, plaintiff's treating physicians, social workers, psychiatrists, psychologists, therapists, and other health care providers without counsel or the parties, including plaintiff, being present or participating, provided the health care provider consents to the interview. This is based on the fact that plaintiff has made a claim for personal injuries.

This Order complies with HIPAA federal standards for privacy of individually identifiable health information, 45 C.F.R. Parts 160 and 164. This Order further allows the disclosure of (1) information regarding diagnosis of, treatment for and general status relating to HIV and AIDS pursuant to K.S.A. 65-5601 to 5605; and (2) information regarding diagnosis and treatment of mental, alcoholic, drug dependency and emotional condition pursuant to 42 C.F.R. part 2.

This Order shall be effective throughout the pendency of this action.

Dated December 12, 2011, at Kansas City, Kansas.

           s/ James P. O'Hara
           James P. O'Hara
           U.S. Magistrate Judge

APPROVED:

KING BRENNAN & ALBIN

By:   s/ Sean Brennan
       Sean Brennan, #19915
       221 South Topeka
       Wichita, KS  67202
       *Attorneys for Plaintiff*

**WITHERS, GOUGH, PIKE, PFAFF & PETERSON, LLC**

By:   s/ Alan R. Pfaff
         Alan R. Pfaff, #12949
         200 West Douglas, Suite 1010
         Wichita, KS  67202
         *Attorneys for Defendant*